United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK ROY HARPER,

Plaintiff,

v.

U.S. F/V MARIAN (USCG 250-759) RES, et al.,

Defendants.

Case No. 26-cv-11576-KAW

**ORDER REGARDING FEES**

Re: Dkt. No. 1

On October 7, 2026, Plaintiff Patrick Roy Harper filed this case against Defendants U.S. F/V Marian and $33,861,845.78 in United States Currency. (Dkt. No. 1.) Plaintiff further sought a summons as to Fiona Ma (Treasurer of the State of California), Malia M. Cohen (Controller of the State of California), and Mina Martinovich (Treasurer-Tax Collector of the County of Marin), which would command these non-parties to deposit $33,861,845.78 into the Court's Registry. (Dkt. No. 1 at 40.) Plaintiff did not pay the filing fee, asserting that as a seaman, he is exempt under 28 U.S.C. § 1916. (Dkt. No. 1.)

In general, "seamen may institute and prosecute suits . . . for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without preparing fees or costs or furnishing security therefor." 28 U.S.C. § 1916. "The prototypical § 1916 plaintiff is a vessel's crewman who files suit against the vessel and its owners for unpaid wages." *Davis v. United Services Automobile Ass'n*, No. C23-1838JLR, 2024 U.S. Dist. LEXIS 21753, at *2 (W.D. Wash. Feb. 7, 2024) (quotation omitted).

The Court observes that "Plaintiff has been previously admonished in another action in this District [that] he is not exempt under this statute." *Harper v. Cal. Dep't of Fish and Wildlife*, No. 26-cv-1229-RFL (SK), Dkt. No. 15 at 1 (citing *Harper v. Cty. of Marin*, No. 25-cv-6701-VC, Dkt.

United States District Court
Northern District of California

No. 15).) In those cases, Plaintiff sued "the California Department of Fish and Wildlife for acts related to his initial prosecution by the Marin County District Attorney's Office for a violation of California Fish and Game Code section 5650(a)(1) arising from an oil spill from his boat in Tomales Bay, California on or around September 14, 2021. (*Id.* at 2.) As in those previous cases, Plaintiff does not allege facts establishing an entitlement to a fee waiver under § 1916 in this case. While the factual basis for Plaintiff's claim is not particularly clear in his complaint, he appears to again be complaining about the September 14, 2021 oil spill and the resulting criminal prosecution. (*See* Compl. at 12; Dkt. No. 1-2 at 2 (Complaint exhibit concerning the imposition of a criminal sentence, including restitution to the Department of Fish and Wildlife), 3 (Department of Homeland Security notice of a violation of the Clean Water Act on September 14, 2021 in Tomales Bay, California); *see also* Dkt. No. 5 at 6 (complaining about the "false arrest and false imprisonment" of Plaintiff, "the prosecution initiated by a forged citation," and "the deprivation of liberty over 1,765 days").) Further, although Plaintiff repeatedly claims that he is seeking "wages," his "wages" appear to be based on the hypothetical harvest capacity of the vessel Marian (owned by Plaintiff at some point) from September 14, 2021 through July 15, 2026. (*See* Compl. at 3.) There are no facts suggesting that Plaintiff is owed wages from working on the vessel, and there is certainly nothing to suggest that those he seeks the monies from -- the State of California and the County of Marin -- employed Plaintiff on a vessel. In short, as in his previous claims, Plaintiff has not shown that § 1916 is applicable, such that Plaintiff is not exempt from paying the filing fee or entitled to any of the "emergency" relief he seeks. (*See* Dkt. Nos. 3-5, 9.)

Because § 1916 does not apply, Plaintiff must pay the filing fee or file an application to proceed in *forma pauperis* by **December 9, 2026**. In the alternative, Plaintiff may voluntarily dismiss this case.

IT IS SO ORDERED.

Dated: November 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge